UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE (AKA) ABDURRASHID KAHLIF,

    Plaintiff,

v.

THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et* al.,

    Defendants

Case No. C08-5620FDB/JKA

ORDER

This action, brought under 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's request for permission to amend the complaint (Dkt # 7). Plaintiff does not need leave of court to file an amended complaint prior to an answer or motion for summary judgement being filed. Plaintiff may amend his complaint "once as a matter of course." See, Fed. R. Civ. P 15 (a).

The amended complaint will act as a complete substitute for the original. Plaintiff is reminded, he must provide a copy of the complaint and filled out Marshals' service form for each party he wishes the United States Marshals Service to attempt to serve by mail.

ORDER - 1

1  The amended complaint will be due on or before **January 9, 2009.** Failure to amend the
2  complaint will act as a waiver of plaintiff's right to file an amended complaint and the complaint
3  currently on file will become the final complaint allowed in this action.
4  The Clerk is directed to send a copy of this Order to plaintiff and counsel for the defendants
5  and to remove Dkt. # 7 from the courts' calendar.

DATED this 3 day of December, 2008.


/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 2