UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ROUSE (AKA) ABDURRASHID KAHLIF,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et* al.,<br><br>    Defendants | Case No. C08-5620FDB/JKA<br><br>ORDER |

This action, brought under 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff requests the status of service on all defendants (Dkt # 9). The clerks office is directed to send Mr. Rouse a copy of the Docket Sheet for this case.

Mr. Rouse is reminded that all documents must be served on counsel who has appeared in this action. There is nothing in Mr. Rouses request indicating the document was served on opposing counsel.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for the defendants and to remove Dkt. # 9 from the court calendar.

DATED this 5 day of January, 2009.

                                                          */S/ J. Kelley Arnold*
                                                          J. Kelley Arnold
                                                          United States Magistrate Judge

ORDER - 1