UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE (AKA) ABDURRASHID KAHLIF,

Plaintiff,

v.

THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et* al.,

Defendants

Case No. C08-5620FDB/JKA

ORDER DENYING PLAINTIFF'S MOTION TO DIRECT DEFENDANTS TO FILE AN ANSWER

This action, brought pursuant to 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion asking the court to instruct defendants to file an answer (Dkt. # 16). Defendants have responded and set forth the date defendant Van Boening was served. An answer would not be due until February 9, 2009 (Dkt. # 19). Further, on February 6, 2009, defendants filed a motion to dismiss (Dkt # 21). No answer is due until ten days after a court ruling on the motion to dismiss. Plaintiff's motion is **DENIED.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel for the defendants and to remove Dkt. # 16 from the courts' calendar.

DATED this 17 day of February, 2009.

／S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 1