1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12

CALVIN ROUSE (A.K.A.) ABDUR
RASHID KHALIF,

Case No.  C08-5620FDB

13

Plaintiff,

14

v.

ORDER ADOPTING
REPORT AND
RECOMMENDATION

15
16

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS *et al*.,

17

Defendants.

18
19        The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley

20   Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby

21   find and ORDER:

22        (1)    The Court adopts the Report and Recommendation;

23        (2)    The motion is **GRANTED** as to the Department of Corrections
24               because the Department is not a person for purposes of 42 U.S.C. §
                 1983.  The Eleventh Amendment also precludes the action against the
                 Department.  This is **DISMISSAL WITH PREJUDICE**.
25

26        (3)    Defendant Eldon Vails' Motion to Dismiss on Eleventh Amendment grounds is
                 **DENIE**D.  As Secretary for the Department of Corrections, he is the proper
27               defendant for an action seeking injunctive relief regarding the implementation of DOC
                 policy 400.280.

28

ORDER
Page - 1

1        (4)     The Motion to Dismiss claims for nominal damages is **GRANTED**.  Plaintiff failed to pled facts showing what, if any, action the named defendants played in the alleged constitutional deprivations.  This is **DISMISSAL WITH PREJUDICE**.

The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 14th day of April 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2