UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ROUSE (a.k.a.)ABDUR RASHID KHALIF,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. C08-5620FDB<br><br>ORDER RE PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT |

The Court adopted the Report and Recommendation on April 15, 2009 [Dkt. # 38]. A judgment was improvidently entered on April 16, 2009 but subsequently corrected in a later docket entry on the same day. Thus, one claim regarding the mail policy remains and Eldon Va in his official capacity is the only remaining defendant.

On May 1, 2009, Plaintiff filed a "Motion To Alter or Amend Judgment." Plaintiff cites as grounds of religious freedom, access to the Court, and retaliation, and that he has a claim against Defendant Vail. Plaintiff specifically asserts that Defendant Dennis Tabb retaliated and conspired with another officer to prevent Plaintiff's access to the prison law library and to the courts.

ORDER - 1

Plaintiff may have objected to the entry of judgment on April 16, 2009 as being in error, and if so, his motion is found to be moot. If Plaintiff were objecting to the Court's decision to adopt the Report and Recommendation, the Court is not persuaded to modify its decision by anything in Plaintiff's motion, and the Court's Order adopting the Report and Recommendation stands.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion To Alter or Amend Judgment [Dkt. # 40] is found to be MOOT as to the improvident entry of judgment, and DENIED in all other respects.

DATED this 3rd day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2