# United States District Court

WESTERN DISTRICT OF WASHINGTON

CALVIN ROUSE AKA ABDUR RASHID KAHLIF,

      v.

ELDON VAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5620 RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Reports and Recommendations [Dkt. # 60 and 61].

(2) Plaintiff's motion for a temporary restraining order [Dkt. # 55] is **DENIED** for the reasons stated in the Report and Recommendation.

(3) Defendant's motion for summary judgment [Dkt. # 54] is **GRANTED** for the reasons stated in the Report and Recommendation.

(4) All other motions [Dkt. # 64] are dismissed as **MOOT**.

| | |
|---|---|
| April 16, 2010 | BRUCE RIFKIN |
| Date | Clerk |

                                       s/ Mary Trent
                                       Deputy Clerk